# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| KELVIN CAIN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. CV410-186 |
| JOSEPH BADEN, *Warden*; DEIDRA EDWARDS, *Deputy Warden*; DR. L. E. AYERS; LARRY J. EDWARDS, *Physician Assistant*; and CHRISTINE CROSS, *Deputy Warden*, | ) |
|     Defendants. | ) |

## ORDER

Civil rights plaintiff Kelvin Cain has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of misconduct by prison officials at Calhoun State Prison, which is within the jurisdiction of the United States District Court for the Middle District of Georgia. (Doc. 1.) Since his claims arise from events that transpired in Calhoun State Prison and the defendants are located there, the proper forum for the action is in the Middle District of Georgia, Albany Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and

divisions for Georgia's federal courts). Accordingly, this case is transferred to the Albany Division of the United States District Court for the Middle District of Georgia for all further proceedings.

**SO ORDERED** this  16th  day of August, 2010.

/s/ JRSmitt
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA